## Commonwealth *v.* Kelly, Petitioner.

Before BELL, C. J., JONES, COHEN, EAGEN, O'BRIEN, ROBERTS and POMEROY, JJ.

*Dennis P. Kelly,* petitioner, in propria persona.

*John A. Brydon,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, October 27, 1969:

The order of the Superior Court and the judgment of sentence of the Court of Quarter Sessions of Butler County are vacated; the case is remanded to the Court of Common Pleas of Butler County for further proceedings consistent with the views expressed by Judge SPAULDING in his dissenting opinion in *Commonwealth v. Kelly,* 215 Pa. Superior Ct. 116, 257 A. 2d 53 (1969).